UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-22268-CIV-MORENO

RONALD ROYAL,

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND AFFIRMING THE COMMISSIONER OF SOCIAL SECURITY

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint (**D.E. No. 1**), filed on **July 9, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 18**) on **February 28, 2011**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes the parties did not file objections to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Accordingly, it is

**ADJUDGED** that United States Magistrate Judge Robert L. Dubé's Report and Recommendation (**D.E. No. 18**) on Plaintiff's Social Security appeal is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    The decision of the Commissioner of Social Security is AFFIRMED as the Administrative Law Judge's decision was supported by substantial evidence and the correct

legal standards were applied.

(2)     The Defendant's Motion for Summary Judgment **(D.E. No. 13)** is GRANTED and the Plaintiff's Motion for Summary Judgment **(D.E. No. 16)** is DENIED for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of March, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Robert L. Dubé

Counsel of Record